

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2014

No. 04-14-00195-CV

**RJ MERIDIAN CARE OF ALICE, LTD**. a/k/a Meridian Care of Alice,
Appellant

v.

Elias **ROBLEDO** and Eleal E. Robledo, Individually and as Heirs/Administrators and
Representatives of The Estate of Adelaida Ortiz Robledo, Deaceased,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-07-52422-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellees' brief in this accelerated appeal was originally due May 12, 2014; however, the court granted an extension of time until May 22, 2014 to file the brief. Appellees have filed a request for an additional thirty days to file the brief.

We **grant** the motion and **order** appellees' brief due **June 23, 2014**. Appellees are is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2014.

_____
Keith E. Hottle
Clerk of Court